

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS, LLC** formerly known as LogistiCare Solutions, LLC; and
ModivCare Solutions, Inc. formerly known as Providence Service Corporation,
Appellants

v.

Andrew Nathan **VIERA** and Adela Garza,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: September 21, 2022

DISMISSED IN PART

Appellants ModivCare Solutions, LLC and ModivCare Solutions, Inc. have filed a motion

to dismiss their appeal as to only Appellee Adela Garza. According to appellants, they and Garza

have settled the dispute between them. Thus, appellants request that their appeal be dismissed with

respect to Appellee Garza. However, they emphasize their appeal with respect to Appellee Andrew

Nathan Viera should remain pending. We grant appellants' motion and dismiss their appeal as to

Appellee Garza. Appellants' appeal with regard to Appellee Viera remains pending on the docket of this court.

PER CURIAM